No. 429. SPARKS ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. 2d Cir. Certiorari denied. *Hardy K. Mac-*

*lay* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Clapp, James L. Morrisson* and *Samuel D. Slade* for the Civil Aeronautics Board; *Henry J. Friendly* for Pan American World Airways, Inc.; and *Howard C. Westwood* and *Malcolm A. MacIntyre* for American Airlines et al., respondents.

